# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VURNELL DOMINGO POLLARD, | ) Case No. CV 15-9487-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| RAYMOND MADDEN, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 30, 2016

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE